AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-00285-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                                          .

Date:       06/30/2023                                        /s/ Amy E. Hayden
                                                                          *Attorney's signature*

                                                                          Amy E. Hayden SBN 287026
                                                                          *Printed name and bar number*

                                                                          RUSS, AUGUST & KABAT
                                                                          12424 Wilshire Blvd, 12th Floor
                                                                          Los Angeles, CA 90025

                                                                          *Address*

                                                                          ahayden@raklaw.com
                                                                          *E-mail address*

                                                                          (310) 826-7474
                                                                          *Telephone number*

                                                                          (310) 826-6991
                                                                          *FAX number*

Print          Save As...                                        Reset