IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br><br>*Defendants*. | Case No. 2:23-CV-00285-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE,
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND WAIVER OF FOREIGN SERVICE REQUIREMENT**

Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., (collectively "Defendants"), without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. On June 16, 2023, Plaintiff filed its Complaint alleging patent infringement against Samsung Electronics, Inc. and Samsung Electronics Company, Ltd.

2. On June 21, 2023, Defendant Samsung Electronics America, Inc. was served with Plaintiff's Complaint. Samsung Electronics Company, Ltd. has not yet been served.

3. Counsel for Defendants have agreed to waive service under the Hague Convention for Samsung Electronics Company, Ltd., a foreign entity, in exchange for a 90-day extension of time to answer or otherwise plead by October 10, 2023.

4. Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including for instance, Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint be extended up to and including October 10, 2023.

Dated: July 7, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/ Melissa R. Smith*

　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　State Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　**GILLAM & SMITH, LLP**
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257
　　　　　　　　　　　　　　　　　　　　melissa@gillamsmithlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　*Samsung Electronics Co., Ltd. and*
　　　　　　　　　　　　　　　　　　　　*Samsung Electronics America, Inc.,*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 7, 2023.

       */s/ Melissa R. Smith*
       Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

       */s/ Melissa R. Smith*
       Melissa R. Smith