# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br><br>*Defendants*. | Case No. 2:23-CV-00285-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. After considering same, the Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that the deadline for Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including October 10, 2023.

IT IS FURTHER ORDERED that service of process for Samsung Electronics Co. Ltd. has been waived.