# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br><br> *Plaintiff*, § <br><br> v. § <br><br> SAMSUNG ELECTRONIC CO., LTD and § <br> SAMSUNG ELECTRONICS AMERICA, § <br><br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |

## ORDER

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Unopposed Motion for Extension of Time to Move or Otherwise Respond to Complaint and Waiver of Foreign Service. **Dkt. No. 13**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. to answer or otherwise respond to Plaintiff's Complaint is hereby extended to October 10, 2023. It is **FURTHER ORDERED** that service of process for Samsung Electronics Co. Ltd. has been waived. This Order does not excuse counsel from appearing at any noticed scheduling conference occurring on or before October 10, 2023.

**SIGNED this 12th day of July, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE