# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, *Plaintiff*, <br><br> V. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.; <br><br> *Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

Pending before the Court is Cobblestone's Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 is extended to September 28, 2023 and the deadline for Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. to serve contentions pursuant to P.R. 3-3 & 3-4 is extended to November 23, 2023. All other deadlines shall remain in place absent further leave of Court.