# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |
| SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, | § § § § | |
| *Defendants*. | | |

## ORDER

Before the Court is Plaintiff Cobblestone Wireless, LLC's Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. **Dkt. No. 16.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Plaintiff's deadline to serve contentions pursuant to P.R. 3-1 & 3-2 is extended to September 28, 2023. It is

**FURTHER ORDERED** that Defendants' deadline to serve contentions pursuant to P.R. 3-3 & 3-4 is extended to November 23, 2023.

**SIGNED this 15th day of September, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE