AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00285-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC.

Date: 09/28/2023

/s/ Qi Tong
*Attorney's signature*

Qi Tong, CA SBN 300347
*Printed name and bar number*

RUSS, AUGUST & KABAT
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

*Address*

ptong@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*