# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>    *Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

## NOTICE OF COMPLIANCE

Plaintiff Cobblestone Wireless, LLC hereby notifies the Court that it has served Preliminary Disclosure of Asserted Claims and Infringement Contentions on counsel for Defendants *via* electronic mail on September 28, 2023.

Dated: September 28, 2023            Respectfully submitted,

                                           */s/ Reza Mirzaie*
                                           Reza Mirzaie
                                           CA State Bar No. 246953
                                           Marc A. Fenster
                                           CA State Bar No. 181067
                                           Neil A. Rubin
                                           CA State Bar No. 250761

Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of September, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

<em>/s/ Reza Mirzaie</em>