# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONIC CO., LTD; <br> SAMSUNG ELECTRONICS AMERICA, <br><br> *Defendants*. | Case No. 2:23-CV-00285-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Victoria F. Maroulis enters an appearance in this matter as additional counsel on behalf of Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.

Victoria F. Maroulis may receive all communications from the Court and from other parties at the following:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650.801.5000
Fax: 650.801.5100
victoriamaroulis@quinnemanuel.com

DATED:  October 9, 2023　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　By */s/ Victoria F. Maroulis*
　　　　　　　　　　　　　　　　　　**Victoria F. Maroulis**
　　　　　　　　　　　　　　　　　　California Bar No. 202603 (admitted in ED TX)
　　　　　　　　　　　　　　　　　　victoriamaroulis@quinnemanuel.com
　　　　　　　　　　　　　　　　　　**QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　SULLIVAN, LLP**
　　　　　　　　　　　　　　　　　　555 Twin Dolphin Drive, 5th Floor
　　　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　　　Tel: 650.801.5000
　　　　　　　　　　　　　　　　　　Fax: 650.801.5100

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 9th day of October, 2023.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis