**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

COBBLESTONE WIRELESS, LLC,

      *Plaintiff*,

v.

SAMSUNG ELECTRONIC CO., LTD;
SAMSUNG ELECTRONICS AMERICA,

      *Defendants*.

Case No. 2:23-CV-00285-JRG-RSP

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Iman Lordgooei enters an appearance in this matter as additional counsel on behalf of Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.

Iman Lordgooei  may receive all communications from the Court and from other parties at the following:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
imanlordgooei@quinnemanuel.com

DATED:  October 9, 2023          Respectfully submitted,

By */s/ Iman Lordgooei*
    Iman Lordgooei
    imanlordgooei@quinnemanuel.com
    California Bar No. 251320
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
    **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered

electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record,

on this 9th day of October, 2023.

*/s/ Iman Lordgooei*