# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br><br>*Defendants*. | Case No. 2:23-CV-00285-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Kevin Hardy enters an appearance in this matter as additional counsel on behalf of Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.

Kevin Hardy may receive all communications from the Court and from other parties at the following:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100
kevinhardy@quinnemanuel.com

DATED:  October 9, 2023				Respectfully submitted,


						By */s/ Kevin Hardy*
						Kevin Hardy
						D.C. Bar No. 473941 (admitted in ED TX)
						kevinhardy@quinnemanuel.com
						**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
						1300 I Street, N.W., Suite 900
						Washington, DC 20005
						Tel: 202.538.8000
						Fax: 202.538.8100

						**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 9th day of October, 2023.

*/s/ Kevin Hardy*