# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00285-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JURY DEMAND

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby respectfully demand a jury trial on all issues so triable.

Dated: October 10, 2023

By   */s/ Melissa R. Smith*
Victoria F. Maroulis
California Bar No. 202603 (admitted in E.D. Tex.)
victoriamaroulis@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel : 650-801-5000
Fax: 650-801-5100

Sean Pak
California Bar No. 219032 (*pro hac vice* forthcoming)
seanpak@quinnemanuel.com
Iman Lordgooei
California Bar No. 251320 (admitted in E.D. Tex.)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600

1

        Fax: 415-875-6700

        Kevin Hardy
        D.C. Bar No. 473941 (admitted in E.D. Tex.)
        kevinhardy@quinnemanuel.com
        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        1300 I Street, N.W., Suite 900
        Washington, DC 20005
        Tel: 202.538.8000
        Fax: 202.538.8100

        Melissa R. Smith
        Texas State Bar No. 24001351
        melissa@gillamsmithlaw.com
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Phone: (903) 934-8450
        Fax: (903) 934-9257

        *Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 10, 2023.

                                                         */s/ Melissa R. Smith*
                                                         Melissa R. Smith