IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　*Plaintiff*,<br><br>　V.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.;<br><br>　　*Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

**JOINT MOTION FOR ENTRY OF DISCOVERY ORDER AND DOCKET CONTROL ORDER**

　　The parties jointly move for entry of the attached Discovery Order and Docket Control Order.

Dated: October 12, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Reza Mirzaie*
　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 246953
　　　　　　　　　　　　　　　　　　　　　　Marc A. Fenster
　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 181067
　　　　　　　　　　　　　　　　　　　　　　Neil A. Rubin
　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 250761
　　　　　　　　　　　　　　　　　　　　　　Christian W. Conkle
　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 306374
　　　　　　　　　　　　　　　　　　　　　　Jonathan Ma
　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 312773
　　　　　　　　　　　　　　　　　　　　　　RUSS AUGUST & KABAT
　　　　　　　　　　　　　　　　　　　　　　12424 Wilshire Boulevard, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90025
　　　　　　　　　　　　　　　　　　　　　　Telephone: 310-826-7474
　　　　　　　　　　　　　　　　　　　　　　Email: rmirzaie@raklaw.com
　　　　　　　　　　　　　　　　　　　　　　Email: mfenster@raklaw.com
　　　　　　　　　　　　　　　　　　　　　　Email: nrubin@raklaw.com

Email: cconkle@raklaw.com
Email: jma@raklaw.com

***ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC***

*/s/ Kevin Hardy*
Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100

Victoria F. Maroulis
California Bar No. 202603 (admitted in E.D. Tex.)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel : 650-801-5000
Fax: 650-801-5100

Sean Pak
California Bar No. 219032 (*pro hac vice* forthcoming)
seanpak@quinnemanuel.com
Iman Lordgooei
California Bar No. 251320 (admitted in E.D. Tex.)
imanlordgooei@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Defendants*
 *Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of October, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

*/s/ Reza Mirzaie*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing the Discovery Order and Docket Control Order.

/s/ *Reza Mirzaie*
Reza Mirzaie