IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff*,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>    *Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

**COBBLESTONE WIRELESS, LLC'S NOTICE OF SERVICE OF PARAGRAPH 1 INITIAL DISCLOSURES AND PARAGRAPH 3 ADDITIONAL DISCLOSURES**

Plaintiff Cobblestone Wireless, LLC hereby notifies the Court that it has served its Paragraph 1 Initial Disclosures and Paragraph 3 Additional Disclosures on counsel for Defendants *via* electronic mail on November 10, 2023.

Dated: November 13, 2023

Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com


**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of November, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

*/s/ Reza Mirzaie*
