# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONIC CO., LTD and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Amend Docket Control Order filed by Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. **Dkt. No. 38.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants' deadline to comply with standing order regarding subject-matter eligibility contentions is extended to December 27, 2023.

**FURTHER ORDERED** that Defendants' deadline to serve contentions pursuant to P.R. 3-3 & 3-4 is extended to December 27, 2023.

**SIGNED** this 29th day of December, 2023.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE