# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, AND<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　*Defendants*. | Civil Action No. 2:23-cv-00285-JRG-RSP |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Please take notice that the undersigned hereby enters his appearance as counsel for Defendants Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc. Please direct and serve all notices, pleadings, papers and other material relevant to this action to Mr. Alex V. Chachkes at the address listed below.

|   |   |
|---|---|
| Dated:  February 21, 2024 | By: /s/ *Alex V. Chachkes*<br>Alex V. Chachkes<br>**SETTY CHACHKES PLLC**<br>113 Cherry Street, Suite 54517<br>Seattle, WA 98104<br>Tel: 917.428.1358<br>Email: alex@sechalaw.com<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 21, 2024.

 

By: /s/ *Alex V. Chachkes*
     Alex V. Chachkes