IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, AND<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　*Defendants*. | Civil Action No. 2:23-cv-00285-JRG-RSP |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Please take notice that the undersigned hereby enters his appearance as counsel for Defendants Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc. Please direct and serve all notices, pleadings, papers and other material relevant to this action to Mr. Nagendra Setty at the address listed below.

Dated:  February 21, 2024

By: /s/ *Nagendra Setty*
Nagendra Setty
**SETTY CHACHKES PLLC**
113 Cherry Street, Suite 54517
Seattle, WA 98104
Tel: 415.766.1149
Email: nick@sechalaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 21, 2024.

                                                      By: /s/ *Nagendra Setty*
                                                            Nagendra Setty