IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, *Plaintiff*, V. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.; *Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY PROTECTIVE ORDER

Before the Court is Plaintiff's Motion to Modify Protective Order (Dkt. No. __) (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that that the Protective Order set forth in Dkt. No. 36 be modified to include the following provision:

> 37. Documentary discovery and source code discovery produced or made available by Samsung in this case may be produced by Cobblestone in *Cobblestone Wireless, LLC v. T-Mobile USA, Inc*., Case No. 2:22-cv-00477-JRG-RSP (E.D. Tex.) (Lead Case) and *Cobblestone Wireless, LLC v. Cellco Partnership d/b/a Verizon Wireless*, Case No. 2:23-cv-00382-JRG-RSP (E.D. Tex.) (Lead Case) with the same Bates number and confidentiality designations.