# EXHIBIT 1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Cobblestone Wireless, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00477-JRG-RSP |
| T-Mobile USA, Inc., et al. | ) | Consolidated (Lead Case) |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Samsung Electronics America, Inc.
c/o C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: Veritext, 600 N. Pearl St. Suite 2230 Dallas, TX 75201 alternatively, remote video conference (or at a mutually agreeable place) | Date and Time: 8/14/23 at 9 a.m. CT (or a mutually agreeable time) |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/19/2023

*CLERK OF COURT*

OR

_____           /s/ Jonathan Ma
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiff Cobblestone Wireless, LLC, who issues or requests this subpoena, are:

Jonathan Ma, jma@raklaw.com, 310-826-7474
Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Cobblestone Wireless, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00477-JRG-RSP |
| T-Mobile USA, Inc., et al. | ) | Consolidated |
| | ) | (Lead Case) |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Samsung Electronics America, Inc.
c/o C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Attachment A.

| Place: Veritext, 600 N. Pearl St. Suite 2230 Dallas, TX 75201 alternatively, remote video conference (or at a mutually agreeable place) | Date and Time: 8/18/23 at 9 a.m. CT (or at a mutually agreeable time) |
|---|---|

The deposition will be recorded by this method: audio, audiovisual, and/or stenographic means.

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/19/2023

| CLERK OF COURT | OR | /s/ Jonathan Ma |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Cobblestone Wireless, LLC , who issues or requests this subpoena, are:

Jonathan Ma, 12424 Wilshire Blvd., 12th Fl., Los Angeles, CA 90025, (310) 826-7474, jma@raklaw.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).