# EXHIBIT 3

**From:** Jordan Flournoy [LEGAL] j.flournoy@sea.samsung.com
**Subject:** RE: Cobblestone Subpoenas to SEA (EDTX: 2:22-cv-00477)
**Date:** September 1, 2023 at 2:27 AM
**To:** Matthew Aichele  maichele@raklaw.com
**Cc:** rak_cobblestone@raklaw.com

Hi Matthew,

Thanks for the call earlier today.  As discussed, attached are SEA's responses and objections to the subpoenas.  I'm happy to jump on a call to meet and confer.  Next week I'm in depos all week, but I anticipate that my depos on Tuesday and Wednesday should be done by 3 CST.  So if you want to try to talk after 3 pm CST on either day, let me know and we can set something up.

Best regards,
Jordan

**Jordan Flournoy**
Senior Director, Litigation
Legal – Litigation/Risk Management
Samsung Electronics America, Inc.

M. +1.972.206.7507
j.flournoy@sea.samsung.com
www.samsung.com/us

**From:** Matthew Aichele [mailto:maichele@raklaw.com]
**Sent:** Thursday, August 31, 2023 10:09 AM
**To:** Jordan Flournoy [LEGAL] <j.flournoy@sea.samsung.com>
**Cc:** rak_cobblestone@raklaw.com
**Subject:** Re: Cobblestone Subpoenas to SEA (EDTX: 2:22-cv-00477)

> **Caution:** This email originated outside of the organization. Do not click links or open any attachments unless you recognize the sender and know the content is safe.

Hi Jordan,

I write to follow up on Cobblestone's subpoena to SEA. Specifically, did SEA provide its responses and objections as indicated below? If so, could you please re-send? Apologies if I missed it. If not, please let me know when you are available next week to further meet and confer on the document subpoena.

Regards,

Matthew

Matthew D. Aichele | **Russ August & Kabat**
800 Maine Avenue SW, Suite 200 | Washington, DC 20024
(202) 664-0623 | maichele@raklaw.com | www.raklaw.com

On Aug 2, 2023, at 7:27 PM, Jordan Flournoy [LEGAL]

<j.flournoy@sea.samsung.com> wrote:

Hi Matthew,

Thanks for getting back to me. Thank you for the courtesy extension as to 1) and 2) below.  With respect to a deposition, SEA agrees that we can discuss whether a deposition is necessary—and if necessary, the timing and scope of the deposition—after we serve our document production.  But our agreements as to items 1-3 would, of course, be subject to and without waiving Samsung's responses and objections to the subpoenas, which we will serve on or before 8/17/23.

Best regards,
Jordan


**Jordan Flournoy**
Senior Director, Litigation
Legal – Litigation/Risk Management
Samsung Electronics America, Inc.

M. +1.972.206.7507
j.flournoy@sea.samsung.com
www.samsung.com/us

---

**From:** Matthew Aichele [mailto:maichele@raklaw.com]
**Sent:** Wednesday, August 2, 2023 2:59 PM
**To:** Jordan Flournoy [LEGAL] <j.flournoy@sea.samsung.com>
**Cc:** rak_cobblestone@raklaw.com
**Subject:** Re: Cobblestone Subpoenas to SEA (EDTX: 2:22-cv-00477)

> **Caution:** This email originated outside of the organization. Do not click links or open any attachments unless you recognize the sender and know the content is safe.

Hi Jordan,

Thank you for reaching out. We agree to the extensions outlined as 1) and 2) below. As for the third, we agree to forgo the noticed deposition date of August 18, provided that SEA agrees the deposition will be rescheduled once Samsung has provided the document discovery requested.

Regards,

Matthew

Matthew D. Aichele | **Russ August & Kabat**
800 Maine Avenue SW, Suite 200 | Washington, DC 20024
(202) 664-0623 | maichele@raklaw.com | www.raklaw.com

On Aug 1, 2023, at 6:38 PM, Jon Ma <jma@raklaw.com> wrote:

+Cobblestone Team

Hi Jordan,

We will consider your request and promptly get back to you.

Best,
Jon

Jon Ma
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jma@raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Aug 1, 2023, at 3:26 PM, Jordan Flournoy [LEGAL] <j.flournoy@sea.samsung.com> wrote:

Dear Jonathan,

Samsung Electronics America, Inc. (SEA) is in receipt of deposition and document subpoenas from your client, Cobblestone Wireless, in relation to EDTX Case No. 2:22-cv-00477.

I write to request i) a courtesy extension of 14 days until 8/17/23 to respond to the subpoenas, 2) a courtesy 30-day extension for any document production in response to the document subpoena until 9/13/23, and 3) no deadline for a deposition—if a depo is needed, it can be scheduled in relation to any document production.

Please confirm whether you are amenable to these extensions.

Best regards,
Jordan

**Jordan Flournoy**
Senior Director, Litigation

Legal – Litigation/Risk Management
Samsung Electronics America, Inc.

M. +1.972.206.7507
j.flournoy@sea.samsung.com
www.samsung.com/us

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Samsung Electronics America Responses and Objections to...**
566 KB
