# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:23-cv-00285-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S P.R. 3-3 AND 3-4 INVALIDITY CONTENTIONS

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") hereby provide the following Preliminary Invalidity Contentions ("Contentions") to Plaintiff Cobblestone Wireless LLC ("Plaintiff" or "Cobblestone") for U.S. Patent Nos. 7,924,802 ("the '802 patent"), 8,891,347 ("the '347 patent"), 9,094,888 ("the '888 patent"), 10,368,361 ("the '361 patent"), and 8,554,196 ("the '196 patent") (collectively, the "Asserted Patents").

**I.   PRELIMINARY STATEMENT AND RESERVATION OF RIGHTS**

In its Infringement Contentions dated September 28, 2023, Cobblestone asserted the following 61 claims[1] (the "Asserted Claims"):

- Claims 1–4, 6–10, 13, 14, 17, and 21–24 of the '802 patent;

---

[1] Although Cobblestone's infringement contentions originally identified claim 22 of the '802 patent as an asserted claim, Cobblestone provided no claim chart for this claim. Samsung reserves all rights to object to any future amended infringement chart for claim 22 of the '802 patent.

- **Claim 17:** "select the first frequency spectrum resource from the shared resource pool"

- **Claim 11:** "uplink resource pool"

- **Claim 11:** "downlink resource pool"

- **Claim 13:** "The initial directional allocation of frequency spectrum resources is based on current resource requests form a wireless device service by the wireless base station, and current resources requests from the wireless base station."

- **Claim 15:** "multiple resource elements associated with each of the multiple subcarriers"

## VII. DOCUMENT PRODUCTION

Pursuant to Patent Rule 3-4, Samsung is concurrently producing the prior art identified in these Invalidity Contentions, but Samsung is not required to produce the prior art in the file histories of the Asserted Patents.

In addition, based on investigations to date, Samsung is concurrently producing and/or making available for inspection source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of the Accused Instrumentalities identified by Cobblestone in its P.R. 3-1(c) chart.

Samsung reserves the right to supplement these productions with additional documentation, in accordance with the Federal Rules of Civil Procedure, the Local Rules, the Court's orders and other applicable rules and statutes.