# EXHIBIT 9

**From:** **Olga Slobodanyuk** olgaslobodyanyuk@quinnemanuel.com
**Subject:** Subpoena to Samsung Electronics America, Inc. in Cobblestone Wireless, LLC v. T-Mobile USA, Inc., et al.
**Date:** December 11, 2023 at 5:49 PM
**To:** maichele@raklaw.com, jma@raklaw.com
**Cc:** Kevin Hardy  kevinhardy@quinnemanuel.com

Counsel,

We are reaching to you on behalf on Samsung Electronics America, Inc. regarding the subpoena served on it in *Cobblestone Wireless, LLC v. T-Mobile USA, Inc., et al.*, Case No. 2:22-cv-00477-JRG-RSP Consolidated (Lead Case).
Please let me know if there is a good time this week to set up a meet-and-confer to discuss the objections and responses we served on August 31, 2023, and the subsequent correspondence between the parties.

Sincerely,
Olga

**Olga Slobodanyuk**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5114 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
olgaslobodyanyuk@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.