IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>      Defendants. | Civil Action No. 2:23-cv-00285-JRG-RSP |

**DECLARATION OF KEVIN HARDY
IN SUPPORT OF SAMSUNG'S OPPOSITION TO COBBLESTONE'S MOTION TO MODIFY
PROTECTIVE ORDER**

I, Kevin Hardy, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") in the above captioned action. The Statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Samsung's Opposition to Cobblestone Wireless, LLC's ("Cobblestone's") Motion to Modify Protective Order ("Opposition").

3. Exhibit A to Samsung's Opposition is a true and correct copy of Cobblestone's Subpoena to Produce Documents, Information, or Objects, Cobblestone's Subpoena to Testify at a Deposition in a Civil Action, and Cobblestone's Subpoena Schedule A, served collectively on Samsung Electronics America, Inc. on July 20, 2023 as a third party in *Cobblestone Wireless, LLC v. T-Mobile USA, Inc., et al.*, Civil Action No. 2:22-cv-00477-JRG-RSP.

4. Exhibit B to Samsung's Opposition is a true and correct copy of Cobblestone's Subpoena to Produce Documents, Information, or Objects, served on Samsung Electronics

1

America, Inc. on February 14, 2024 as a third party in *Cobblestone Wireless, LLC v. Cellco Partnership d/b/a Verizon Wireless*, Civil Action No. 2:23-cv-00382-JRG-RSP.

5.  Exhibit C to Samsung's Opposition is a true and correct copy of Cobblestone's First Set of Requests for Production of Documents, Electronically Stored Information, and Tangible Things, served on Samsung on January 5, 2024 as part of this action (*Cobblestone Wireless, LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*, Civil Action No. 2:23-cv-00285-JRG-RSP).

I declare under penalty of perjury that the above is true and correct.

Dated: March 7, 2024                                 Respectfully submitted,

                                                     */s/ Kevin Hardy*

                                                     Kevin Hardy
                                                     D.C. Bar No. 473941 (admitted in ED TX)
                                                     kevinhardy@quinnemanuel.com
                                                     **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                                     1300 I Street, N.W., Suite 900
                                                     Washington, DC 20005
                                                     Tel: 202.538.8000
                                                     Fax: 202.538.8100