# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:23-cv-00285-JRG-RSP |

## ORDER DENYING PLAINTIFF'S
## MOTION TO MODIFY THE PROTECTIVE ORDER

Before the Court is Plaintiff's Motion to Modify the Protective Order. After considering the briefing, the Court hereby **DENIES** the Motion.

1