UNITED STATEST DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>     **Plaintiff**<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>     **Defendant.** | **Case No. 2:23-cv-00285-JRG-RSP** |

**[[PROPOSED]] ORDER GRANTING UNOPPOSED MOTION OF T-MOBILE USA, INC., AT&T SERVICES, INC., AT&T MOBILITY LLC, AT&T CORP., AND CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS TO INTERVENE FOR THE LIMITED PURPOSE OF RESPONDING TO PLAINTIFF'S MOTION TO MODIFY PROTECTIVE**

## INTRODUCTION

Before the Court is third-parties T-Mobile USA Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless Unopposed Motion to Intervene for the Limited Purpose of Responding to Plaintiff's Motion to Modify Protective Order (Dkt. No. __) (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that third-parties parties T-Mobile USA Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless Motion are **GRANTED** the right to intervene in this action for the limited purpose of responding to Cobblestone's Motion to Modify Protective Order (Dkt. 43). This Court will consider third-parties T-Mobile USA Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless Motion previously-filed Response in Opposition to Cobblestone's Motion to Modify Protective Order, and will permit third-parties T-Mobile USA Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless to participate in any hearings set related to Cobblestone's Motion to Modify Protective Order.