UNITED STATEST DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendant. | Case No. 2:23-cv-00285-JRG-RSP |

**[[PROPOSED]] ORDER DENYING PLAINTIFF'S MOTION TO MODIFY THE PROTECTIVE ORDER**

## INTRODUCTION

Before the Court is Plaintiff's Motion to Modify the Protective Order (Dkt. 43). After considering the briefing, the Court hereby **DENIES** the Motion.