# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants*. | Case No. 2:23-cv-00285-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF THIRD-PARTY SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung" or "Defendants"), will serve the attached subpoenas on Nokia of America Corporation and Blackberry Corporation.

- 1 -

Dated: March 11, 2024

By    */s/ Nagendra Setty*
Nagendra Setty
Alex V. Chachkes
SETTY CHACHKES PLLC
133 Cherry Street, Suite 54517
Seattle, WA 98104
nick@sechalaw.com
415.766.1149

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 11, 2024, Plaintiff's counsel of record are being served with a copy of the foregoing by email.


Dated: March 11, 2024            */s/ Nagendra Setty*
                                 Nagendra Setty
                                 SETTY CHACHKES PLLC