IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP <br> § <br> SAMSUNG ELECTRONIC CO., LTD and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> § <br> *Defendants*. § | |

## LIMITED INTERVENTION ORDER

Before the Court is the Unopposed Motion to Intervene filed by Movant-Intervenors T-Mobile USA Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless (collectively, the "Carrier Intervenors"). **Dkt. No. 45**. The Carier Intervenors move to intervene pursuant to Federal Rule of Civil Procedure 24 **solely** to object to Plaintiff Cobblestone Wireless, LLC's Motion to Modify Protective Order (Dkt. No. 45). *Id.* at 3. After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

**IT IS ORDERED** that the Carrier Intervenors are permitted a **limited intervention** in the above-captioned case, 2:23-cv-285, solely for purposes of objecting to Cobblestone Wireless's Motion, Dkt. No. 45. The Court notes that the opposition was concurrently filed and is docketed at Dkt. No. 46. After the motion has been resolved, the Carrier Intervenors will be dismissed from this case.

**SIGNED this 13th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE