# Exhibit C

**Subject:** RE: Cobblestone v. Samsung
**Date:** Friday, April 26, 2024 at 5:53:26 PM Central Daylight Time
**From:** Olga Slobodyanyuk
**To:** ptong@raklaw.com, Brice Lynch, rak_cobblestone@raklaw.com
**CC:** QE-Cobblestone-Samsung, Melissa Smith, Fair, Andrea

Counsel,
We will be making a prompt production of source code once it has been approved by the MOTIE committee.  We can confirm that the MOTIE committee review session already took place, and all that remains is for MOTIE to issue its decision/clearance and we can get the code produced.  We will let you know once we get the committee's response, which we hope to receive soon.
Please be advised that we will shortly be making another production of chipset specifications and system requirements for the baseband products and will produce financial information for the accused products, both of which we expect to make next week. We will supplement our interrogatories once those productions are served.

Thank you,
Olga

**From:** ptong@raklaw.com <ptong@raklaw.com>
**Sent:** Tuesday, April 23, 2024 10:29 AM
**To:** Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Brice Lynch <bricelynch@quinnemanuel.com>; rak_cobblestone@raklaw.com
**Cc:** QE-Cobblestone-Samsung <qe-cobblestone-samsung@quinnemanuel.com>; Melissa Smith <Melissa@gillamsmithlaw.com>; Fair, Andrea <andrea@wsfirm.com>
**Subject:** Re: Cobblestone v. Samsung

**[EXTERNAL EMAIL from ptong@raklaw.com]**

Olga,

Your latest email comes as a surprise. Your March 26 email estimated that "we will be making at least some of the source code available within a month."  Now, you are suggesting that it may be another 2 weeks thereafter.  If you cannot confirm MOTIE approval by March 26 and prompt production, we cannot continue to keep waiting indefinitely and will move to compel production regardless of when Samsung may or may not receive approval.

Please let us know when we can expect Samsung's supplemental interrogatory responses, especially those supplementing by identifying specific Bates numbers.

**Peter Tong**
**Russ, August & Kabat**
4925 Greenville Avenue, Suite 200 | Dallas, Texas 75206
Main +1 310 826 7474 | ptong@raklaw.com | www.raklaw.com

**From:** Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>
**Date:** Friday, April 19, 2024 at 8:22 PM