UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> V. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.; <br><br> *Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

**ORDER COMPELLING PRODUCTION OF
ALL DISCOVERY WITHHELD PENDING MOTIE REVIEW**

Before the Court is Plaintiff Cobblestone Wireless, LLC's Motion to Compel Production of All Discovery Withheld Pending MOTIE Review. After considering the evidence and relevant briefing, the Court is of the opinion that the motion should be **GRANTED**.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is **GRANTED**, that Defendants' discovery objection based on MOTIE approval is **OVERRULED**, and that Defendants are **ORDERED** to produce all discovery being withheld pending MOTIE approval by May 31, 2024, regardless of whether MOTIE approval is received.

Should Defendants violate this Order, then Plaintiff has leave to seek appropriate remedies and/or sanctions from this Court.