# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>V.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.;<br><br>*Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
### ITS MOTION TO COMPEL (DKT. 52)

Plaintiff Cobblestone respectfully moves to withdraw its Motion to Compel Production of All Discovery Withheld Pending MOTIE Review, Dkt. 52. After the motion was filed, Defendants' counsel have provided the following assurances without agreeing that the motion was properly brought:

1. On May 5, 2024, Defendants' counsel wrote, "MOTIE approved Samsung's application this week."

2. On May 9, 2024, Defendants' counsel wrote, "Samsung is producing source code in this case by making it available for inspection starting on May 14, 2024 . . . ."

3. On May 10, 2024, Defendants' counsel wrote, "confirmed – all responsive technical documents have been produced, and all source code that was subject to MOTIE approval is being loaded onto a source code computer."

4. On May 10, 2024, Defendants' counsel responded "No," in response to the question, "Are there any other documents, code, or other discovery materials still pending MOTIE review?"

5. On May 15, 2024, Defendants' counsel wrote, "we can commit to supplementing Samsung's response to Interrogatory No. 6 by June 7."

Thus, all relief sought in Plaintiff's Motion to Compel is now moot. Plaintiff moves with withdraw its motion to compel, reserving the right to re-raise the issue and seek expedited briefing if MOTIE-related production is found later to be incomplete.

Dated: May 15, 2024                      Respectfully submitted,

                                                           */s/ Reza Mirzaie*

                                   CA State Bar No. 246953
                                   Marc A. Fenster
                                   CA State Bar No. 181067
                                   Neil A. Rubin
                                   CA State Bar No. 250761
                                   Christian W. Conkle
                                   CA State Bar No. 306374
                                   Jonathan Ma
                                   CA State Bar No. 312773
                                   **RUSS AUGUST & KABAT**
                                   12424 Wilshire Boulevard, 12th Floor
                                   Los Angeles, CA 90025
                                   Telephone: 310-826-7474
                                   Email: rmirzaie@raklaw.com
                                   Email: mfenster@raklaw.com
                                   Email: nrubin@raklaw.com
                                   Email: cconkle@raklaw.com
                                   Email: jma@raklaw.com

                                   Qi (Peter) Tong
                                   TX State Bar No. 24119042
                                   **RUSS AUGUST & KABAT**
                                   4925 Greenville Ave., Suite 200
                                   Dallas, TX 75206
                                   Email: ptong@raklaw.com

                                   Andrea Fair

**Ward Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
andrea@wsfirm.com

*ATTORNEYS FOR PLAINTIFF,*
*COBBLESTONE WIRELESS, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via electronic mail.

                                                                        */s/ Reza Mirzaie*  
                                                                       Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff has confirmed with counsel for Defendants that the relief sought herein is unopposed.

                                                                       */s/ Reza Mirzaie*  
                                                                       Reza Mirzaie