UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>V.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.;<br><br>*Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO COMPEL

The Court considered Plaintiff's Unopposed Motion to Withdraw its Motion to Compel and is of the opinion that it should be granted.

IT IS HEREBY ORDERED that:

Plaintiff's Unopposed Motion to Withdraw its Motion to Compel is **GRANTED**, and Plaintiff's Motion to Compel Production of All Discovery Withheld Pending MOTIE Review, Dkt. 52, is **WITHDRAWN.** Plaintiff has leave to re-raise the issue and seek expedite briefing if MOTIE-related production is found later to be incomplete.