IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |
| SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, | § § § § | |
| *Defendants*. | | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Dkt. No. 52 field by Plaintiff Cobblestone Wireless, LLC. **Dkt. No. 53.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the Motion to Compel (Dkt. No. 52) is **WITHDRAWN**.

SIGNED this 16th day of May, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE