# EXHIBIT A

# *SOTERA* STIPULATION

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

SAMSUNG ELECTRONICS AMERICA, INC.,

SAMSUNG ELECTRONICS CO., LTD.,

Petitioners,

v.

COBBLESTONE WIRELESS, LLC,

Patent Owner.

_____

Case IPR2024-00315
Patent No. 9,094,888

_____

**PETITIONERS' *SOTERA* STIPULATION**

2

Petitioners hereby stipulate that if the Board institutes *inter partes* review in this proceeding, IPR2024-00315, then Petitioners will not pursue in the parallel litigation, *Cobblestone Wireless, LLC v. Samsung Electronics Co., Ltd. et al.*, No. 2:23-cv-00285 (E.D. Tex.), the same grounds in the Petition (Paper 3) or any grounds that could have reasonably been raised before the Board.

Date: May 7, 2024

*/s/ James M. Glass*
_____
James M. Glass
Registration No. 46,729
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave, 22nd Floor
New York, New York 10010
Tel: (212) 849-7142
Fax (212) 849-7100

## **CERTIFICATE OF SERVICE**

Pursuant to 37 C.F.R. § 42.6, I hereby certify that on May 7, 2024 the foregoing document was served via email on the following counsel of record:

rmirzaie@raklaw.com
rak_cobblestone@raklaw.com
ahayden@raklaw.com
nrubin@raklaw.com
ptong@raklaw.com

*/s/ James M. Glass*

James M. Glass
Registration No. 46,729