# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:23-cv-00285-JRG-RSP |

## ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST TO INSPECT DOCUMENTS PURSUANT TO THE HAGUE EVIDENCE CONVENTION

Before the Court is Defendants' Motion for issuance of Letter of Request to Inspect Documents Pursuant to the Hague Evidence Convention. After considering the same, the Court hereby **GRANTS** the Motion.