# EXHIBIT E

**Exhibit A-23**
**Invalidity Claim Chart for U.S. Patent No. 7,924,802 vs. U.S. Patent Application Publication No. 2007/0081613**

U.S. Patent Application Publication No. 2007/0081613 ("Kim-613") was filed on July 21, 2006 and published on April 12, 2007. Kim-613 anticipates asserted claims 1–4, 6–10, 13, 14, 17, and 21–24 of U.S. Patent No. 7,924,802 ("the '802 Patent") under 35 U.S.C. § 102.  Kim-613 also renders obvious asserted claims 1–4, 6–10, 13, 14, 17, and 21–24 of the '802 Patent under 35 U.S.C. § 103, alone based on the state of the art and/or in combination with one or more other references identified in Exs. A-1–A-31, Cover Pleading, and First Supplemental Ex. A-Obviousness Chart.[1]

To the extent Plaintiff alleges that Kim-613 does not disclose any particular limitation of the asserted claims in the '802 Patent, either expressly or inherently, it would have been obvious to a person of ordinary skill in the art as of the priority date of the '802 Patent to modify Kim-613 and/or to combine the teachings of Kim-613 with other prior art references, including but not limited to the present prior art references found in Exs. A-1–A-31, Cover Pleading, First Supplemental Ex. A-Obviousness Chart, and the relevant section of charts for other prior art for the '802 Patent in a manner that would render the asserted claims of these patents invalid as obvious.

With respect to the obviousness of the asserted claims of the '802 Patent under 35 U.S.C. § 103, one or more of the principles enumerated by the United States Supreme Court in *KSR v. Teleflex,* 550 U.S. 398 (2007) apply, including: (a) combining various claimed elements known in the prior art according to known methods to yield a predictable result; and/or (b) making a simple substitution of one or more known elements for another to obtain a predictable result; and/or (c) using a known technique to improve a similar device or method in the same way; and/or (d) applying a known technique to a known device or method ready for improvement to yield a predictable result; and/or (e) choosing from a finite number of identified, predictable solutions with a reasonable expectation of success or, in other words, the solution was one which was "obvious to try"; and/or (f) a known work in one field of endeavor prompting variations of it for use either in the same field or a different field based on given design incentives or other market forces in which the variations were predictable to one of ordinary skill in the art; and/or (g) a teaching, suggestion, or motivation in the prior art that would have led one of ordinary skill in the art to modify the prior art reference or to combine the teachings of various prior art references to arrive at the claimed invention. It therefore would have been obvious to one of ordinary skill in the art to combine the disclosures of these references in accordance with the principles and rationales set forth above.

---

[1]  Samsung is investigating this prior art and has not yet completed discovery from third parties, who may have relevant information concerning the prior art, and therefore, Samsung reserves the right to supplement this chart after additional discovery is received. To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims in the '802 Patent, then the prior art reference teaches the limitation and that the claim is not patentable.

The citations to portions of any reference in this chart are exemplary only. For example, a citation that refers to or discusses a figure or figure item should be understood to also incorporate by reference that figure and any additional descriptions of that figure as if set forth fully therein. Samsung reserves the right to rely on the entirety of the references cited in this chart to show that the asserted claims of the '802 Patent are invalid. Citations presented for one claim limitation are expressly incorporated by reference into all other limitations for that claim as well as all limitations of all claims on which that claim depends. Samsung also reserves the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, changes in Plaintiff's infringement contentions, and/or information obtained during discovery as the case progresses.

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [1.1] A method of transmitting information in a wireless communication channel comprising: | To the extent the preamble is limiting, Kim-613 discloses "A method of transmitting information in a wireless communication channel comprising." See, e.g.:<br><br>There are two UWB communication methods currently available which satisfy the limits placed on power emission. One is a multi-band orthogonal frequency division multiplexing (MB-OFDM) method in which the band of approximately 3.1˜10.6 GHz is divided by 528 MHz and each resulting band is frequency-hopped using an UWB signal of an OFDM type. The other one is a direct sequence code division multiple access (DS-CDMA) method in which the band of approximately 3.1˜10.6 GHz is divided in half and a 24-bit codeword is substituted for a bit sequence of each band using an UWB signal.<br><br>*See, e.g.*, Kim-613 at ¶ [0007].<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [1.2] transmitting first information across a first frequency range using a wireless transmitter, the first frequency range having a first center frequency, a first highest frequency, and a first lowest frequency; and | Kim-613 discloses "transmitting first information across a first frequency range using a wireless transmitter, the first frequency range having a first center frequency, a first highest frequency, and a first lowest frequency."  See, e.g.:

There are two UWB communication methods currently available which satisfy the limits placed on power emission. One is a multi-band orthogonal frequency division multiplexing (MB-OFDM) method in which the band of approximately 3.1˜10.6 GHz is divided by 528 MHz and each resulting band is frequency-hopped using an UWB signal of an OFDM type. The other one is a direct sequence code division multiple access (DS-CDMA) method in which the band of approximately 3.1˜10.6 GHz is divided in half and a 24-bit codeword is substituted for a bit sequence of each band using an UWB signal.

*See, e.g.*, Kim-613 at ¶ [0007].

The UWB network transmitter 200 according to an exemplary embodiment of the present invention includes an MB-OFDM modem 210, a DS-CDMA modem 212, a mode switch 220, a central processing unit (CPU) 222, a low-pass filter (LPF) 230, a mixer 240, an amplifier 250, a band-pass filter (BPF) 260, a multi-tone generator 270, a voltage controlled oscillator (VCO) 280 and a phase lock loop (PLL) 290.

The MB-OFDM modem 210 modulates a transmission signal of the MB-OFDM type and the DS-CDMA modem 212 modulates a transmission signal of the DS-CDMA type.

The mode switch 220 switches to the MB-OFDM modem 210 or the DS-CDMA modem 212 according to a mode control signal, which may be a high-speed mode control signal or a low-speed mode control signal, transmitted from the CPU 222.

The CPU 222 transmits the mode control signal, i.e. high-speed mode control signal or the low-speed mode control signal, to the mode switch 220 according to a mode selection input. The mode selection input may come from a user. Additionally, the CPU 222 transmits a phase control signal to the PLL |

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | 290 to control a phase of a frequency to be used in the corresponding operation mode according to the mode selection input. |
|  | The LPF 230 filters a high frequency noise component of a signal and passes a signal of a low frequency band. |
|  | The mixer 240 mixes the transmission signal and an oscillation signal, thus up-converting the transmission signal. The amplifier 250 amplifies the up-converted transmission signal. The up-converted transmission signal is a radio frequency (RF) signal. |
|  | *See, e.g.*, Kim-613 at ¶ [0046]-[0051]. |

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | <br>*See, e.g.*, Kim-613 at Figure 2. |

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | Further, when the MB-OFDM transceiver and the DS-CDMA transceiver are used at the same time according to an exemplary embodiment of the present invention, the problem of the frequencies of each other's transceivers operating as noise and interference is resolved.<br><br>*See, e.g.*, Kim-613 at ¶ [0086].<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [1.3] simultaneously transmitting second information across a second frequency range using the same wireless transmitter, the second frequency range having a second center frequency greater than the first center frequency, a second highest frequency, and a second lowest frequency. | Kim-613 discloses "simultaneously transmitting second information across a second frequency range using the same wireless transmitter, the second frequency range having a second center frequency greater than the first center frequency, a second highest frequency, and a second lowest frequency." See, e.g.:<br><br>There are two UWB communication methods currently available which satisfy the limits placed on power emission. One is a multi-band orthogonal frequency division multiplexing (MB-OFDM) method in which the band of approximately 3.1˜10.6 GHz is divided by 528 MHz and each resulting band is frequency-hopped using an UWB signal of an OFDM type. The other one is a direct sequence code division multiple access (DS-CDMA) method in which the band of approximately 3.1˜10.6 GHz is divided in half and a 24-bit codeword is substituted for a bit sequence of each band using an UWB signal.<br><br>*See, e.g.*, Kim-613 at ¶ [0007].<br><br>The UWB network transmitter 200 according to an exemplary embodiment of the present invention includes an MB-OFDM modem 210, a DS-CDMA modem 212, a mode switch 220, a central processing unit (CPU) 222, a low-pass filter (LPF) 230, a mixer 240, an amplifier 250, a band-pass |

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | filter (BPF) 260, a multi-tone generator 270, a voltage controlled oscillator (VCO) 280 and a phase lock loop (PLL) 290.<br><br>The MB-OFDM modem 210 modulates a transmission signal of the MB-OFDM type and the DS-CDMA modem 212 modulates a transmission signal of the DS-CDMA type.<br><br>The mode switch 220 switches to the MB-OFDM modem 210 or the DS-CDMA modem 212 according to a mode control signal, which may be a high-speed mode control signal or a low-speed mode control signal, transmitted from the CPU 222.<br><br>The CPU 222 transmits the mode control signal, i.e. high-speed mode control signal or the low-speed mode control signal, to the mode switch 220 according to a mode selection input. The mode selection input may come from a user. Additionally, the CPU 222 transmits a phase control signal to the PLL 290 to control a phase of a frequency to be used in the corresponding operation mode according to the mode selection input.<br><br>The LPF 230 filters a high frequency noise component of a signal and passes a signal of a low frequency band.<br><br>The mixer 240 mixes the transmission signal and an oscillation signal, thus up-converting the transmission signal. The amplifier 250 amplifies the up-converted transmission signal. The up-converted transmission signal is a radio frequency (RF) signal.<br><br>*See, e.g.*, Kim-613 at ¶ [0046]-[0051]. |

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| |  *See, e.g.*, Kim-613 at Figure 2. |

| Claim 1 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | Further, when the MB-OFDM transceiver and the DS-CDMA transceiver are used at the same time according to an exemplary embodiment of the present invention, the problem of the frequencies of each other's transceivers operating as noise and interference is resolved.<br><br>*See, e.g.*, Kim-613 at ¶ [0086].<br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 2 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [2.1] The method of claim 1 | Kim-613 discloses all the elements of claim 1 for all the reasons provided above. |
| [2.2] wherein frequency difference between the first center frequency and the second center frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range. | Kim-613 discloses "wherein frequency difference between the first center frequency and the second center frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

9

| Claim 3 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [3.1] The method of claim 1 | Kim-613 discloses all the elements of claim 1 for all the reasons provided above. |
| [3.2] wherein the first and second information are transmitted using the same power amplifier in said wireless transmitter. | Kim-613 discloses "wherein the first and second information are transmitted using the same power amplifier in said wireless transmitter."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 4 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [4.1] The method of claim 3 | Kim-613 discloses all the elements of claim 3 for all the reasons provided above. |
| [4.2] wherein the bandwidth of said power amplifier is greater than the difference between the first lowest frequency and the second highest frequency. | Kim-613 discloses "wherein the bandwidth of said power amplifier is greater than the difference between the first lowest frequency and the second highest frequency."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 6 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [6.1] The method of claim 1 | Kim-613 discloses all the elements of claim 1 for all the reasons provided above. |

| Claim 6 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | |
| [6.2] wherein the first information corresponds to a first wireless protocol and the second information corresponds to a second wireless protocol. | Kim-613 discloses "wherein the first information corresponds to a first wireless protocol and the second information corresponds to a second wireless protocol." *See, e.g.*:<br><br>There are two UWB communication methods currently available which satisfy the limits placed on power emission. One is a multi-band orthogonal frequency division multiplexing (MB-OFDM) method in which the band of approximately 3.1~10.6 GHz is divided by 528 MHz and each resulting band is frequency-hopped using an UWB signal of an OFDM type. The other one is a direct sequence code division multiple access (DS-CDMA) method in which the band of approximately 3.1~10.6 GHz is divided in half and a 24-bit codeword is substituted for a bit sequence of each band using an UWB signal.<br><br>*See, e.g.*, Kim-613 at ¶ [0007].<br><br>The UWB network transmitter 200 according to an exemplary embodiment of the present invention includes an MB-OFDM modem 210, a DS-CDMA modem 212, a mode switch 220, a central processing unit (CPU) 222, a low-pass filter (LPF) 230, a mixer 240, an amplifier 250, a band-pass filter (BPF) 260, a multi-tone generator 270, a voltage controlled oscillator (VCO) 280 and a phase lock loop (PLL) 290.<br><br>The MB-OFDM modem 210 modulates a transmission signal of the MB-OFDM type and the DS-CDMA modem 212 modulates a transmission signal of the DS-CDMA type.<br><br>The mode switch 220 switches to the MB-OFDM modem 210 or the DS-CDMA modem 212 according to a mode control signal, which may be a high-speed mode control signal or a low-speed mode control signal, transmitted from the CPU 222.<br><br>The CPU 222 transmits the mode control signal, i.e. high-speed mode control signal or the low-speed mode control signal, to the mode switch 220 according to a mode selection input. The mode selection input may come from a user. Additionally, the CPU 222 transmits a phase control signal to the PLL |

| Claim 6 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | 290 to control a phase of a frequency to be used in the corresponding operation mode according to the mode selection input. |
|  | The LPF 230 filters a high frequency noise component of a signal and passes a signal of a low frequency band. |
|  | The mixer 240 mixes the transmission signal and an oscillation signal, thus up-converting the transmission signal. The amplifier 250 amplifies the up-converted transmission signal. The up-converted transmission signal is a radio frequency (RF) signal. |
|  | *See, e.g.*, Kim-613 at ¶ [0046]-[0051]. |

| Claim 6 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | FIG. 2  200 210 MB-OFDM MODEM 220 Mode Switch 230 LPF 240 250 260 BPF ANT Ternary Code DS-CDMA MODEM 212 222 CPU Input Multi-tone Generator 270 PLL 280 290 *See, e.g.*, Kim-613 at Figure 2. |

| Claim 6 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | Further, when the MB-OFDM transceiver and the DS-CDMA transceiver are used at the same time according to an exemplary embodiment of the present invention, the problem of the frequencies of each other's transceivers operating as noise and interference is resolved.

*See, e.g.*, Kim-613 at ¶ [0086].

Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 7 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [7.1] The method of claim 1 | Kim-613 discloses all the elements of claim 1 for all the reasons provided above. |
| [7.2] wherein the first information and the second information are the same data transmitted across two different frequencies. | Kim-613 discloses "wherein the first information and the second information are the same data transmitted across two different frequencies."

Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 8 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [8.1] The method of claim 1 | Kim-613 discloses all the elements of claim 1 for all the reasons provided above. |
| [8.2] wherein the first information and the second information are from the same data stream. | Kim-613 discloses "wherein the first information and the second information are from the same data stream."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 9 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [9.1] The method of claim 1 | Kim-613 discloses all the elements of claim 1 for all the reasons provided above. |
| [9.2] wherein first information and second information comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first frequency range and a second symbol is transmitted during the first time slot across the second frequency range, and wherein a third symbol is transmitted during a second time slot across the first frequency range and a fourth | Kim-613 discloses "wherein first information and second information comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first frequency range and a second symbol is transmitted during the first time slot across the second frequency range, and wherein a third symbol is transmitted during a second time slot across the first frequency range and a fourth symbol is transmitted during the second time slot across a second frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 9 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| symbol is transmitted during the second time slot across a second frequency range. | |

| Claim 10 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [10.1] A method of transmitting information in a wireless communication channel comprising: | To the extent the preamble is limiting, Kim-613 discloses "A method of transmitting information in a wireless communication channel comprising."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.2] receiving a first digital signal comprising first data to be transmitted; | Kim-613 discloses "receiving a first digital signal comprising first data to be transmitted."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.3] receiving a second digital signal comprising second data to be transmitted; | Kim-613 discloses "receiving a second digital signal comprising second data to be transmitted."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A- |

16

| Claim 10 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.4] converting the first digital signal into a first analog signal using a first digital-to-analog converter, the first analog signal carrying the first data across a first frequency range;. | Kim-613 discloses "converting the first digital signal into a first analog signal using a first digital-to-analog converter, the first analog signal carrying the first data across a first frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.5] converting the second digital signal into a second analog signal using a second digital-to-analog converter, the second analog signal carrying the second data across a second frequency range; | Kim-613 discloses "converting the second digital signal into a second analog signal using a second digital-to-analog converter, the second analog signal carrying the second data across a second frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.6] up-converting the first analog signal to a first RF center frequency to produce a first up-converted analog signal, wherein the first up- | Kim-613 discloses "up-converting the first analog signal to a first RF center frequency to produce a first up-converted analog signal, wherein the first up-converted analog signal comprises a first up-converted frequency range from the first RF center frequency minus one-half the first frequency range to the first RF center frequency plus one-half the first frequency range." |

| Claim 10 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| converted analog signal comprises a first up-converted frequency range from the first RF center frequency minus one-half the first frequency range to the first RF center frequency plus one-half the first frequency range; | Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.7] up-converting the second analog signal to a second RF center frequency greater than the first center RF frequency to produce a second up-converted analog signal, wherein the second up-converted analog signal comprises a second up-converted frequency range from the second RF center frequency minus one-half the second frequency range to the second RF center frequency plus one-half the second frequency range, and wherein a frequency difference between the first RF center frequency and the second RF center frequency is greater than the sum of one-half the first frequency range and one- | Kim-613 discloses "up-converting the second analog signal to a second RF center frequency greater than the first center RF frequency to produce a second up-converted analog signal, wherein the second up-converted analog signal comprises a second up-converted frequency range from the second RF center frequency minus one-half the second frequency range to the second RF center frequency plus one-half the second frequency range, and wherein a frequency difference between the first RF center frequency and the second RF center frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range."

Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 10 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| half the second frequency range; | |
| [10.8] combining the first up-converted analog signal and the second up-converted analog signal to produce a combined up-converted signal; | Kim-613 discloses "combining the first up-converted analog signal and the second up-converted analog signal to produce a combined up-converted signal." <br><br> Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.9] amplifying the combined up-converted signal in a power amplifier resulting in an amplified combined up-converted signal; and | Kim-613 discloses "amplifying the combined up-converted signal in a power amplifier resulting in an amplified combined up-converted signal." <br><br> Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.10] transmitting the amplified combined up-converted signal on a first antenna, | Kim-613 discloses "transmitting the amplified combined up-converted signal on a first antenna." <br><br> Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

19

| Claim 10 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [10.11] wherein the bandwidth of said power amplifier is greater than the difference between a lowest frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range. | Kim-613 discloses "wherein the bandwidth of said power amplifier is greater than the difference between a lowest frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 13 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [13.1] The method of claim 10 | Kim-613 discloses all the elements of claim 10 for all the reasons provided above. |
| [13.2] wherein the first digital signal is encoded using a first wireless protocol and the second digital signal is encoded using a second wireless protocol. | Kim-613 discloses "wherein the first digital signal is encoded using a first wireless protocol and the second digital signal is encoded using a second wireless protocol." See, e.g.:<br><br>There are two UWB communication methods currently available which satisfy the limits placed on power emission. One is a multi-band orthogonal frequency division multiplexing (MB-OFDM) method in which the band of approximately 3.1˜10.6 GHz is divided by 528 MHz and each resulting band is frequency-hopped using an UWB signal of an OFDM type. The other one is a direct sequence code division multiple access (DS-CDMA) method in which the band of approximately 3.1˜10.6 GHz is divided in half and a 24-bit codeword is substituted for a bit sequence of each band using an UWB signal.<br><br>See, e.g., Kim-613 at ¶ [0007].<br><br>The UWB network transmitter 200 according to an exemplary embodiment of the present invention includes an MB-OFDM modem 210, a DS-CDMA modem 212, a mode switch 220, a central |

| Claim 13 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | processing unit (CPU) 222, a low-pass filter (LPF) 230, a mixer 240, an amplifier 250, a band-pass filter (BPF) 260, a multi-tone generator 270, a voltage controlled oscillator (VCO) 280 and a phase lock loop (PLL) 290.<br><br>The MB-OFDM modem 210 modulates a transmission signal of the MB-OFDM type and the DS-CDMA modem 212 modulates a transmission signal of the DS-CDMA type.<br><br>The mode switch 220 switches to the MB-OFDM modem 210 or the DS-CDMA modem 212 according to a mode control signal, which may be a high-speed mode control signal or a low-speed mode control signal, transmitted from the CPU 222.<br><br>The CPU 222 transmits the mode control signal, i.e. high-speed mode control signal or the low-speed mode control signal, to the mode switch 220 according to a mode selection input. The mode selection input may come from a user. Additionally, the CPU 222 transmits a phase control signal to the PLL 290 to control a phase of a frequency to be used in the corresponding operation mode according to the mode selection input.<br><br>The LPF 230 filters a high frequency noise component of a signal and passes a signal of a low frequency band.<br><br>The mixer 240 mixes the transmission signal and an oscillation signal, thus up-converting the transmission signal. The amplifier 250 amplifies the up-converted transmission signal. The up-converted transmission signal is a radio frequency (RF) signal.<br><br>*See, e.g.*, Kim-613 at ¶ [0046]-[0051]. |

| Claim 13 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| |  *See, e.g.*, Kim-613 at Figure 2. |

| Claim 13 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | Further, when the MB-OFDM transceiver and the DS-CDMA transceiver are used at the same time according to an exemplary embodiment of the present invention, the problem of the frequencies of each other's transceivers operating as noise and interference is resolved.<br><br>*See, e.g.*, Kim-613 at ¶ [0086].<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A–1–A–31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 14 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [14.1] The method of claim 10 | Kim-613 discloses all the elements of claim 10 for all the reasons provided above. |
| [14.2] wherein the second data is the same as the first data, the method further comprising: | Kim-613 discloses "wherein the second data is the same as the first data, the method further comprising."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A–1–A–31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [14.3] receiving the transmitted signal on a second antenna; | Kim-613 discloses "receiving the transmitted signal on a second antenna." |

| Claim 14 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A–1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [14.4] amplifying the received signal in a low noise amplifier resulting in an amplified received up-converted signal, wherein the bandwidth of said low noise amplifier is greater than the difference between the lowest frequency in the first up-converted frequency range and the highest frequency in the second up-converted frequency range; | Kim-613 discloses "amplifying the received signal in a low noise amplifier resulting in an amplified received up-converted signal, wherein the bandwidth of said low noise amplifier is greater than the difference between the lowest frequency in the first up-converted frequency range and the highest frequency in the second up-converted frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A–1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [14.5] down-converting the amplified received up-converted signal using a first down-converter and a signal corresponding to the first RF center frequency to produce a fourth analog signal corresponding to the first analog signal; and | Kim-613 discloses "down-converting the amplified received up-converted signal using a first down-converter and a signal corresponding to the first RF center frequency to produce a fourth analog signal corresponding to the first analog signal."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A–1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 14 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [14.6] down-converting the amplified received up-converted analog signal using a second down-converter and a signal corresponding to the second RF center frequency to produce a fifth analog signal corresponding to the second analog signal. | Kim-613 discloses "down-converting the amplified received up-converted analog signal using a second down-converter and a signal corresponding to the second RF center frequency to produce a fifth analog signal corresponding to the second analog signal."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 17 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [17.1] A wireless communication system comprising: | To the extent the preamble is limiting, Kim-613 discloses "A wireless communication system comprising."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.2] a baseband digital system for providing a first digital signal comprising a first data to be transmitted and a second digital signal | Kim-613 discloses "a baseband digital system for providing a first digital signal comprising a first data to be transmitted and a second digital signal comprising a second data to be transmitted."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A- |

25

| Claim 17 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| comprising a second data to be transmitted; | Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.3] a first digital-to-analog converter for receiving the first digital signal and converting the first digital signal into a first analog signal, the first analog signal carrying the first data across a first frequency range; | Kim-613 discloses "a first digital-to-analog converter for receiving the first digital signal and converting the first digital signal into a first analog signal, the first analog signal carrying the first data across a first frequency range."

Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.4] a second digital-to-analog converter for receiving the second digital signal and converting the second digital signal into a second analog signal, the second analog signal carrying the second data across a second frequency range; | Kim-613 discloses "a second digital-to-analog converter for receiving the second digital signal and converting the second digital signal into a second analog signal, the second analog signal carrying the second data across a second frequency range."

Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.5] a first up-converter circuit having a first input coupled to receive the first analog signal and a second | Kim-613 discloses "a first up-converter circuit having a first input coupled to receive the first analog signal and a second input coupled to receive a first modulation signal having a first RF frequency, wherein the first up-converter outputs a first up-converted analog signal comprising a first up- |

| Claim 17 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| input coupled to receive a first modulation signal having a first RF frequency, wherein the first up-converter outputs a first up-converted analog signal comprising a first up-converted frequency range from the first RF frequency minus one-half the first frequency range to the first RF frequency plus one-half the first frequency range; | converted frequency range from the first RF frequency minus one-half the first frequency range to the first RF frequency plus one-half the first frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.6] a second up-converter circuit having a first input coupled to receive the second analog signal and a second input coupled to receive a second modulation signal having a second RF frequency, wherein the second up-converter outputs a second up-converted analog signal comprising a second up-converted frequency range from the second RF frequency minus one-half the second frequency range to the second RF frequency plus one-half the second frequency range, and wherein frequency difference between the first | Kim-613 discloses "a second up-converter circuit having a first input coupled to receive the second analog signal and a second input coupled to receive a second modulation signal having a second RF frequency, wherein the second up-converter outputs a second up-converted analog signal comprising a second up-converted frequency range from the second RF frequency minus one-half the second frequency range to the second RF frequency plus one-half the second frequency range, and wherein frequency difference between the first RF frequency and the second RF frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 17 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| RF frequency and the second RF frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range; and | |
| [17.7] a power amplifier coupled to receive the first and second up-converted analog signals, wherein the bandwidth of the power amplifier is greater than the difference between a lowest frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range. | Kim-613 discloses "a power amplifier coupled to receive the first and second up-converted analog signals, wherein the bandwidth of the power amplifier is greater than the difference between a lowest frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range." <br><br> Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 21 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [21.1] The communication system of claim 17 | Kim-613 discloses all the elements of claim 17 for all the reasons provided above. |
| [21.2] wherein the first data of the first digital signal is encoded using a first wireless protocol and the first data of the second digital signal is encoded using a second wireless protocol. | Kim-613 discloses "wherein the first data of the first digital signal is encoded using a first wireless protocol and the first data of the second digital signal is encoded using a second wireless protocol." See, e.g.: <br><br> There are two UWB communication methods currently available which satisfy the limits placed on power emission. One is a multi-band orthogonal frequency division multiplexing (MB-OFDM) method in which the band of approximately 3.1˜10.6 GHz is divided by 528 MHz and each resulting |

| Claim 21 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | band is frequency-hopped using an UWB signal of an OFDM type. The other one is a direct sequence code division multiple access (DS-CDMA) method in which the band of approximately 3.1˜10.6 GHz is divided in half and a 24-bit codeword is substituted for a bit sequence of each band using an UWB signal.<br><br>*See, e.g.*, Kim-613 at ¶ [0007].<br><br>The UWB network transmitter 200 according to an exemplary embodiment of the present invention includes an MB-OFDM modem 210, a DS-CDMA modem 212, a mode switch 220, a central processing unit (CPU) 222, a low-pass filter (LPF) 230, a mixer 240, an amplifier 250, a band-pass filter (BPF) 260, a multi-tone generator 270, a voltage controlled oscillator (VCO) 280 and a phase lock loop (PLL) 290.<br><br>The MB-OFDM modem 210 modulates a transmission signal of the MB-OFDM type and the DS-CDMA modem 212 modulates a transmission signal of the DS-CDMA type.<br><br>The mode switch 220 switches to the MB-OFDM modem 210 or the DS-CDMA modem 212 according to a mode control signal, which may be a high-speed mode control signal or a low-speed mode control signal, transmitted from the CPU 222.<br><br>The CPU 222 transmits the mode control signal, i.e. high-speed mode control signal or the low-speed mode control signal, to the mode switch 220 according to a mode selection input. The mode selection input may come from a user. Additionally, the CPU 222 transmits a phase control signal to the PLL 290 to control a phase of a frequency to be used in the corresponding operation mode according to the mode selection input.<br><br>The LPF 230 filters a high frequency noise component of a signal and passes a signal of a low frequency band. |

| Claim 21 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | The mixer 240 mixes the transmission signal and an oscillation signal, thus up-converting the transmission signal. The amplifier 250 amplifies the up-converted transmission signal. The up-converted transmission signal is a radio frequency (RF) signal.<br><br>*See, e.g.*, Kim-613 at ¶ [0046]-[0051]. |

| Claim 21 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| | <br>*See, e.g.*, Kim-613 at Figure 2. |

| Claim 21 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | Further, when the MB-OFDM transceiver and the DS-CDMA transceiver are used at the same time according to an exemplary embodiment of the present invention, the problem of the frequencies of each other's transceivers operating as noise and interference is resolved.<br><br>*See, e.g.*, Kim-613 at ¶ [0086].<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 22 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [22.1] The communication system of claim 17 | Kim-613 discloses all the elements of claim 17 for all the reasons provided above. |
| [22.2] wherein the second data corresponds to the first data and wherein the power amplifier outputs a third up-converted signal comprising the up-converted first analog signal and the up-converted second analog signal. | Kim-613 discloses "wherein the second data corresponds to the first data and wherein the power amplifier outputs a third up-converted signal comprising the up-converted first analog signal and the up-converted second analog signal."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 23 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [23.1] The communication system of claim 17 | Kim-613 discloses all the elements of claim 17 for all the reasons provided above. |
| [23.2] wherein first and second data to be transmitted comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first up-converted frequency range and a second symbol is transmitted during the first time slot across the second up-converted frequency range, and wherein a third symbol is transmitted during a second time slot across the first up-converted frequency range and a fourth symbol is transmitted during the second time slot across a second up-converted frequency range. | Kim-613 discloses "wherein first and second data to be transmitted comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first up-converted frequency range and a second symbol is transmitted during the first time slot across the second up-converted frequency range, and wherein a third symbol is transmitted during a second time slot across the first up-converted frequency range and a fourth symbol is transmitted during the second time slot across a second up-converted frequency range."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 24 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| [24.1] An electronic circuit comprising: | To the extent the preamble is limiting, Kim-613 discloses "An electronic circuit comprising."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or |

33

| Claim 24 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
|  | from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [24.2] a first down-converter circuit having a first input coupled to receive a first up-converted signal, a second input coupled to receive a first demodulation signal having a first RF frequency, and an output, wherein the first down-converter circuit outputs a first down-converted signal on the first down-converter output; | Kim-613 discloses "a first down-converter circuit having a first input coupled to receive a first up-converted signal, a second input coupled to receive a first demodulation signal having a first RF frequency, and an output, wherein the first down-converter circuit outputs a first down-converted signal on the first down-converter output."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [24.3] a second down-converter circuit having a first input coupled to receive the first up-converted signal, a second input coupled to receive a second demodulation signal having a second RF frequency different than the first RF frequency, and an output, wherein the second down-converter outputs a second down-converted signal on the second down-converter output, wherein the first up- | Kim-613 discloses "a second down-converter circuit having a first input coupled to receive the first up-converted signal, a second input coupled to receive a second demodulation signal having a second RF frequency different than the first RF frequency, and an output, wherein the second down-converter outputs a second down-converted signal on the second down-converter output, wherein the first up-converted signal comprises a first signal modulated at the first RF frequency and a second signal modulated at the second RF frequency."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 24 of the '802 Patent | Prior Art Reference – Kim-613 |
|---|---|
| converted signal comprises a first signal modulated at the first RF frequency and a second signal modulated at the second RF frequency; and | |
| [24.4] a filter having an input coupled to the output of the first down-converter and the output of the second down-converter, and in accordance therewith, the filter receives the first and second down-converted signals. | Kim-613 discloses "a filter having an input coupled to the output of the first down-converter and the output of the second down-converter, and in accordance therewith, the filter receives the first and second down-converted signals."<br><br>Furthermore, this claim element is obvious in light of Kim-613 itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |