# EXHIBIT F

**Exhibit A-24**
**Invalidity Claim Chart for U.S. Patent No. 7,924,802 vs. U.S. Patent Application Publication No. 2005/0237923**

U.S. Patent Application Publication No. 2005/0237923 ("Balakrishnan") was filed on April 26, 2005 and published no later than October 27, 2005.  Balakrishnan anticipates asserted claims 1–4, 6–10, 13, 14, 17, and 21–24 of U.S. Patent No. 7,924,802 ("the '802 Patent") under 35 U.S.C. § 102.  Balakrishnan also renders obvious asserted claims 1–4, 6–10, 13, 14, 17, and 21–24 of the '802 Patent under 35 U.S.C. § 103, alone based on the state of the art and/or in combination with one or more other references identified in Exs. A-1–A-31, Cover Pleading, and First Supplemental Ex. A-Obviousness Chart.[1]

To the extent Plaintiff alleges that Balakrishnan does not disclose any particular limitation of the asserted claims in the '802 Patent, either expressly or inherently, it would have been obvious to a person of ordinary skill in the art as of the priority date of the '802 Patent to modify Balakrishnan and/or to combine the teachings of Balakrishnan with other prior art references, including but not limited to the present prior art references found in Exs. A-1–A-31, Cover Pleading, First Supplemental Ex. A-Obviousness Chart, and the relevant section of charts for other prior art for the '802 Patent in a manner that would render the asserted claims of these patents invalid as obvious.

With respect to the obviousness of the asserted claims of the '802 Patent under 35 U.S.C. § 103, one or more of the principles enumerated by the United States Supreme Court in *KSR v. Teleflex,* 550 U.S. 398 (2007) apply, including: (a) combining various claimed elements known in the prior art according to known methods to yield a predictable result; and/or (b) making a simple substitution of one or more known elements for another to obtain a predictable result; and/or (c) using a known technique to improve a similar device or method in the same way; and/or (d) applying a known technique to a known device or method ready for improvement to yield a predictable result; and/or (e) choosing from a finite number of identified, predictable solutions with a reasonable expectation of success or, in other words, the solution was one which was "obvious to try"; and/or (f) a known work in one field of endeavor prompting variations of it for use either in the same field or a different field based on given design incentives or other market forces in which the variations were predictable to one of ordinary skill in the art; and/or (g) a teaching, suggestion, or motivation in the prior art that would have led one of ordinary skill in the art to modify the prior art reference or to combine the

---

[1]   Samsung is investigating this prior art and has not yet completed discovery from third parties, who may have relevant information concerning the prior art, and therefore, Samsung reserves the right to supplement this chart after additional discovery is received.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims in the '802 Patent, then the prior art reference teaches the limitation and that the claim is not patentable.

teachings of various prior art references to arrive at the claimed invention. It therefore would have been obvious to one of ordinary skill in the art to combine the disclosures of these references in accordance with the principles and rationales set forth above.

The citations to portions of any reference in this chart are exemplary only. For example, a citation that refers to or discusses a figure or figure item should be understood to also incorporate by reference that figure and any additional descriptions of that figure as if set forth fully therein. Samsung reserves the right to rely on the entirety of the references cited in this chart to show that the asserted claims of the '802 Patent are invalid. Citations presented for one claim limitation are expressly incorporated by reference into all other limitations for that claim as well as all limitations of all claims on which that claim depends. Samsung also reserves the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, changes in Plaintiff's infringement contentions, and/or information obtained during discovery as the case progresses.

| Claim 1 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [1.1] A method of transmitting information in a wireless communication channel comprising: | To the extent the preamble is limiting, Balakrishnan discloses "A method of transmitting information in a wireless communication channel comprising."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [1.2] transmitting first information across a first frequency range using a wireless transmitter, the first frequency range having a first center frequency, a first highest frequency, and a first lowest frequency; and | Balakrishnan discloses "transmitting first information across a first frequency range using a wireless transmitter, the first frequency range having a first center frequency, a first highest frequency, and a first lowest frequency."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or |

| Claim 1 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
|  | from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [1.3] simultaneously transmitting second information across a second frequency range using the same wireless transmitter, the second frequency range having a second center frequency greater than the first center frequency, a second highest frequency, and a second lowest frequency. | Balakrishnan discloses "simultaneously transmitting second information across a second frequency range using the same wireless transmitter, the second frequency range having a second center frequency greater than the first center frequency, a second highest frequency, and a second lowest frequency."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 2 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [2.1] The method of claim 1 | Balakrishnan discloses all the elements of claim 1 for all the reasons provided above. |
| [2.2] wherein frequency difference between the first center frequency and the second center frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range. | Balakrishnan discloses "wherein frequency difference between the first center frequency and the second center frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 3 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [3.1] The method of claim 1 | Balakrishnan discloses all the elements of claim 1 for all the reasons provided above. |
| [3.2] wherein the first and second information are transmitted using the same power amplifier in said wireless transmitter. | Balakrishnan discloses "wherein the first and second information are transmitted using the same power amplifier in said wireless transmitter."

Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 4 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [4.1] The method of claim 3 | Balakrishnan discloses all the elements of claim 3 for all the reasons provided above. |
| [4.2] wherein the bandwidth of said power amplifier is greater than the difference between the first lowest frequency and the second highest frequency. | Balakrishnan discloses "wherein the bandwidth of said power amplifier is greater than the difference between the first lowest frequency and the second highest frequency."

Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 6 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [6.1] The method of claim 1 | Balakrishnan discloses all the elements of claim 1 for all the reasons provided above. |
| [6.2] wherein the first information corresponds to a first wireless protocol and the second information corresponds to a second wireless protocol. | Balakrishnan discloses "wherein the first information corresponds to a first wireless protocol and the second information corresponds to a second wireless protocol."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 7 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [7.1] The method of claim 1 | Balakrishnan discloses all the elements of claim 1 for all the reasons provided above. |
| [7.2] wherein the first information and the second information are the same data transmitted across two different frequencies. | Balakrishnan discloses "wherein the first information and the second information are the same data transmitted across two different frequencies."  See, e.g.:<br><br>In an embodiment, the bits of an information bit stream 340 may be provided by a higher layer application and are encoded, interleaved, and divided into two parallel bit streams, which may be referred to as two precursor signals, by an encoder/interleaver component 342. In an embodiment, the two parallel bit streams may be provided by the encoder/interleaver component 342, as for example a first bit stream containing bits of every other bit of the information bit stream 340 and a second bit stream containing the remaining bits of the information bit stream 340. This may be termed spatial multiplexing mode. Alternatively, in another embodiment, a third bit stream may contain every bit of the information bit stream 340 and a fourth bit stream may contain every bit of the information bit stream 340 modified in a known way to increase the probability that the combination of the third and fourth bit streams may be correctly demodulated at the receiver 322. The transmission involving duplication of information bit stream 340 may be termed transmit diversity mode. |

| Claim 7 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
|  | *See, e.g.*, Balakrishnan at ¶ [0029]. Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 8 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [8.1] The method of claim 1 | Balakrishnan discloses all the elements of claim 1 for all the reasons provided above. |
| [8.2] wherein the first information and the second information are from the same data stream. | Balakrishnan discloses "wherein the first information and the second information are from the same data stream." See, e.g.: In an embodiment, the bits of an information bit stream 340 may be provided by a higher layer application and are encoded, interleaved, and divided into two parallel bit streams, which may be referred to as two precursor signals, by an encoder/interleaver component 342. In an embodiment, the two parallel bit streams may be provided by the encoder/interleaver component 342, as for example a first bit stream containing bits of every other bit of the information bit stream 340 and a second bit stream containing the remaining bits of the information bit stream 340. This may be termed spatial multiplexing mode. Alternatively, in another embodiment, a third bit stream may contain every bit of the information bit stream 340 and a fourth bit stream may contain every bit of the information bit stream 340 modified in a known way to increase the probability that the combination of the third and fourth bit streams may be correctly demodulated at the receiver 322. The transmission involving duplication of information bit stream 340 may be termed transmit diversity mode. *See, e.g.*, Balakrishnan at ¶ [0029]. |

| Claim 8 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| | Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 9 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [9.1] The method of claim 1 | Balakrishnan discloses all the elements of claim 1 for all the reasons provided above. |
| [9.2] wherein first information and second information comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first frequency range and a second symbol is transmitted during the first time slot across the second frequency range, and wherein a third symbol is transmitted during a second time slot across the first frequency range and a fourth symbol is transmitted during the second time slot across a second frequency range. | Balakrishnan discloses "wherein first information and second information comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first frequency range and a second symbol is transmitted during the first time slot across the  second frequency range, and wherein a third symbol is transmitted during a second time slot across the first frequency range and a fourth symbol is transmitted during the second time slot across a second frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 10 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [10.1] A method of transmitting information in a wireless communication channel comprising: | To the extent the preamble is limiting, Balakrishnan discloses "A method of transmitting information in a wireless communication channel comprising."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.2] receiving a first digital signal comprising first data to be transmitted; | Balakrishnan discloses "receiving a first digital signal comprising first data to be transmitted."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.3] receiving a second digital signal comprising second data to be transmitted; | Balakrishnan discloses "receiving a second digital signal comprising second data to be transmitted."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 10 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [10.4] converting the first digital signal into a first analog signal using a first digital-to-analog converter, the first analog signal carrying the first data across a first frequency range;. | Balakrishnan discloses "converting the first digital signal into a first analog signal using a first digital-to-analog converter, the first analog signal carrying the first data across a first frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.5] converting the second digital signal into a second analog signal using a second digital-to-analog converter, the second analog signal carrying the second data across a second frequency range; | Balakrishnan discloses "converting the second digital signal into a second analog signal using a second digital-to-analog converter, the second analog signal carrying the second data across a second frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.6] up-converting the first analog signal to a first RF center frequency to produce a first up-converted analog signal, wherein the first up-converted analog signal comprises a first up-converted frequency range from the first RF center frequency minus | Balakrishnan discloses "up-converting the first analog signal to a first RF center frequency to produce a first up-converted analog signal, wherein the first up-converted analog signal comprises a first up-converted frequency range from the first RF center frequency minus one-half the first frequency range to the first RF center frequency plus one-half the first frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or |

| Claim 10 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| one-half the first frequency range to the first RF center frequency plus one-half the first frequency range; | from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.7] up-converting the second analog signal to a second RF center frequency greater than the first center RF frequency to produce a second up-converted analog signal, wherein the second up-converted analog signal comprises a second up-converted frequency range from the second RF center frequency minus one-half the second frequency range to the second RF center frequency plus one-half the second frequency range, and wherein a frequency difference between the first RF center frequency and the second RF center frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range; | Balakrishnan discloses "up-converting the second analog signal to a second RF center frequency greater than the first center RF frequency to produce a second up-converted analog signal, wherein the second up-converted analog signal comprises a second up-converted frequency range from the second RF center frequency minus one-half the second frequency range to the second RF center frequency plus one-half the second frequency range, and wherein a frequency difference between the first RF center frequency and the second RF center frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.8] combining the first up-converted analog signal and | Balakrishnan discloses "combining the first up-converted analog signal and the second up-converted analog signal to produce a combined up-converted signal." |

| Claim 10 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| the second up-converted analog signal to produce a combined up-converted signal; | Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.9] amplifying the combined up-converted signal in a power amplifier resulting in an amplified combined up-converted signal; and | Balakrishnan discloses "amplifying the combined up-converted signal in a power amplifier resulting in an amplified combined up-converted signal."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.10] transmitting the amplified combined up-converted signal on a first antenna, | Balakrishnan discloses "transmitting the amplified combined up-converted signal on a first antenna."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [10.11] wherein the bandwidth of said power amplifier is greater than the difference between a lowest | Balakrishnan discloses "wherein the bandwidth of said power amplifier is greater than the difference between a lowest frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range." |

| Claim 10 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range. | Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 13 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [13.1] The method of claim 10 | Balakrishnan discloses all the elements of claim 10 for all the reasons provided above. |
| [13.2] wherein the first digital signal is encoded using a first wireless protocol and the second digital signal is encoded using a second wireless protocol. | Balakrishnan discloses "wherein the first digital signal is encoded using a first wireless protocol and the second digital signal is encoded using a second wireless protocol." <br><br> Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 14 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [14.1] The method of claim 10 | Balakrishnan discloses all the elements of claim 10 for all the reasons provided above. |
| [14.2] wherein the second data is the same as the first data, the method further comprising: | Balakrishnan discloses "wherein the second data is the same as the first data, the method further comprising."  See, e.g.: |

| Claim 14 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| | In an embodiment, the bits of an information bit stream 340 may be provided by a higher layer application and are encoded, interleaved, and divided into two parallel bit streams, which may be referred to as two precursor signals, by an encoder/interleaver component 342. In an embodiment, the two parallel bit streams may be provided by the encoder/interleaver component 342, as for example a first bit stream containing bits of every other bit of the information bit stream 340 and a second bit stream containing the remaining bits of the information bit stream 340. This may be termed spatial multiplexing mode. Alternatively, in another embodiment, a third bit stream may contain every bit of the information bit stream 340 and a fourth bit stream may contain every bit of the information bit stream 340 modified in a known way to increase the probability that the combination of the third and fourth bit streams may be correctly demodulated at the receiver 322. The transmission involving duplication of information bit stream 340 may be termed transmit diversity mode.<br><br>*See, e.g.*, Balakrishnan at ¶ [0029].<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [14.3] receiving the transmitted signal on a second antenna; | Balakrishnan discloses "receiving the transmitted signal on a second antenna."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 14 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [14.4] amplifying the received signal in a low noise amplifier resulting in an amplified received up-converted signal, wherein the bandwidth of said low noise amplifier is greater than the difference between the lowest frequency in the first up-converted frequency range and the highest frequency in the second up-converted frequency range; | Balakrishnan discloses "amplifying the received signal in a low noise amplifier resulting in an amplified received up-converted signal, wherein the bandwidth of said low noise amplifier is greater than the difference between the lowest frequency in the first up-converted frequency range and the highest frequency in the second up-converted frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [14.5] down-converting the amplified received up-converted signal using a first down-converter and a signal corresponding to the first RF center frequency to produce a fourth analog signal corresponding to the first analog signal; and | Balakrishnan discloses "down-converting the amplified received up-converted signal using a first down-converter and a signal corresponding to the first RF center frequency to produce a fourth analog signal corresponding to the first analog signal."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [14.6] down-converting the amplified received up-converted analog signal using a second down-converter and a signal corresponding to the second RF center frequency to produce a fifth analog signal | Balakrishnan discloses "down-converting the amplified received up-converted analog signal using a second down-converter and a signal corresponding to the second RF center frequency to produce a fifth analog signal corresponding to the second analog signal."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or |

| Claim 14 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| corresponding to the second analog signal. | from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 17 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [17.1] A wireless communication system comprising: | To the extent the preamble is limiting, Balakrishnan discloses "A wireless communication system comprising."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.2] a baseband digital system for providing a first digital signal comprising a first data to be transmitted and a second digital signal comprising a second data to be transmitted; | Balakrishnan discloses "a baseband digital system for providing a first digital signal comprising a first data to be transmitted and a second digital signal comprising a second data to be transmitted."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.3] a first digital-to-analog converter for receiving the first digital signal and | Balakrishnan discloses "a first digital-to-analog converter for receiving the first digital signal and converting the first digital signal into a first analog signal, the first analog signal carrying the first data across a first frequency range." |

| Claim 17 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| converting the first digital signal into a first analog signal, the first analog signal carrying the first data across a first frequency range; | Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.4] a second digital-to-analog converter for receiving the second digital signal and converting the second digital signal into a second analog signal, the second analog signal carrying the second data across a second frequency range; | Balakrishnan discloses "a second digital-to-analog converter for receiving the second digital signal and converting the second digital signal into a second analog signal, the second analog signal carrying the second data across a second frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references. Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.5] a first up-converter circuit having a first input coupled to receive the first analog signal and a second input coupled to receive a first modulation signal having a first RF frequency, wherein the first up-converter outputs a first up-converted analog signal comprising a first up-converted frequency range from the first RF frequency | Balakrishnan discloses "a first up-converter circuit having a first input coupled to receive the first analog signal and a second input coupled to receive a first modulation signal having a first RF frequency, wherein the first up-converter outputs a first up-converted analog signal comprising a first up-converted frequency range from the first RF frequency minus one-half the first frequency range to the first RF frequency plus one-half the first frequency range."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further |

16

| Claim 17 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| minus one-half the first frequency range to the first RF frequency plus one-half the first frequency range; | motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [17.6] a second up-converter circuit having a first input coupled to receive the second analog signal and a second input coupled to receive a second modulation signal having a second RF frequency, wherein the second up-converter outputs a second up-converted analog signal comprising a second up-converted frequency range from the second RF frequency minus one-half the second frequency range to the second RF frequency plus one-half the second frequency range, and wherein frequency difference between the first RF frequency and the second RF frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range; and | Balakrishnan discloses "a second up-converter circuit having a first input coupled to receive the second analog signal and a second input coupled to receive a second modulation signal having a second RF frequency, wherein the second up-converter outputs a second up-converted analog signal comprising a second up-converted frequency range from the second RF frequency minus one-half the second frequency range to the second RF frequency plus one-half the second frequency range, and wherein frequency difference between the first RF frequency and the second RF frequency is greater than the sum of one-half the first frequency range and one-half the second frequency range." Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 17 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [17.7] a power amplifier coupled to receive the first and second up-converted analog signals, wherein the bandwidth of the power amplifier is greater than the difference between a lowest frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range. | Balakrishnan discloses "a power amplifier coupled to receive the first and second up-converted analog signals, wherein the bandwidth of the power amplifier is greater than the difference between a lowest frequency in the first up-converted frequency range and a highest frequency in the second up-converted frequency range." |
|  | Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 21 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [21.1] The communication system of claim 17 | Balakrishnan discloses all the elements of claim 17 for all the reasons provided above. |
| [21.2] wherein the first data of the first digital signal is encoded using a first wireless protocol and the first data of the second digital signal is encoded using a second wireless protocol. | Balakrishnan discloses "wherein the first data of the first digital signal is encoded using a first wireless protocol and the first data of the second digital signal is encoded using a second wireless protocol." |
|  | Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 22 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [22.1] The communication system of claim 17 | Balakrishnan discloses all the elements of claim 17 for all the reasons provided above. |
| [22.2] wherein the second data corresponds to the first data and wherein the power amplifier outputs a third up-converted signal comprising the up-converted first analog signal and the up-converted second analog signal. | Balakrishnan discloses "wherein the second data corresponds to the first data and wherein the power amplifier outputs a third up-converted signal comprising the up-converted first analog signal and the up-converted second analog signal."

Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 23 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [23.1] The communication system of claim 17 | Balakrishnan discloses all the elements of claim 17 for all the reasons provided above. |
| [23.2] wherein first and second data to be transmitted comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first up-converted frequency range and a second symbol is transmitted during the first time slot across the second up-converted frequency range, and wherein a third symbol is transmitted during a second | Balakrishnan discloses "wherein first and second data to be transmitted comprise a plurality of OFDM symbols, wherein a first symbol is transmitted during a first time slot across the first up-converted frequency range and a second symbol is transmitted during the first time slot across the second up-converted frequency range, and wherein a third symbol is transmitted during a second time slot across the first up-converted frequency range and a fourth symbol is transmitted during the second time slot across a second up-converted frequency range."

Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further |

| Claim 23 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| time slot across the first up-converted frequency range and a fourth symbol is transmitted during the second time slot across a second up-converted frequency range. | motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |

| Claim 24 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| [24.1] An electronic circuit comprising: | To the extent the preamble is limiting, Balakrishnan discloses "An electronic circuit comprising." Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [24.2] a first down-converter circuit having a first input coupled to receive a first up-converted signal, a second input coupled to receive a first demodulation signal having a first RF frequency, and an output, wherein the first down-converter circuit outputs a first down-converted | Balakrishnan discloses "a first down-converter circuit having a first input coupled to receive a first up-converted signal, a second input coupled to receive a first demodulation signal having a first RF frequency, and an output, wherein the first down-converter circuit outputs a first down-converted signal on the first down-converter output." Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further |

| Claim 24 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| signal on the first down-converter output; | motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [24.3] a second down-converter circuit having a first input coupled to receive the first up-converted signal, a second input coupled to receive a second demodulation signal having a second RF frequency different than the first RF frequency, and an output, wherein the second down-converter outputs a second down-converted signal on the second down-converter output, wherein the first up-converted signal comprises a first signal modulated at the first RF frequency and a second signal modulated at the second RF frequency; and | Balakrishnan discloses "a second down-converter circuit having a first input coupled to receive the first up-converted signal, a second input coupled to receive a second demodulation signal having a second RF frequency different than the first RF frequency, and an output, wherein the second down-converter outputs a second down-converted signal on the second down-converter output, wherein the first up-converted signal comprises a first signal modulated at the first RF frequency and a second signal modulated at the second RF frequency."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |
| [24.4] a filter having an input coupled to the output of the first down-converter and the output of the second down-converter, and in accordance therewith, the filter receives the first and second down-converted signals. | Balakrishnan discloses "a filter having an input coupled to the output of the first down-converter and the output of the second down-converter, and in accordance therewith, the filter receives the first and second down-converted signals."<br><br>Furthermore, this claim element is obvious in light of Balakrishnan itself, when combined with any of the other references as charted for this claim element in Exs. A-1–A-31, First Supplemental Ex. A-Obviousness Chart, and/or when combined with the knowledge of one of ordinary skill in the art. Motivations to combine may come from the knowledge of the person of ordinary skill themselves, or |

| Claim 24 of the '802 Patent | Prior Art Reference – Balakrishnan |
|---|---|
| | from the known problems and predictable solutions as embodied in these references.  Further motivations to combine references and additional details may be found in the Cover Pleading and First Supplemental Ex. A-Obviousness Chart. |