**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, *Plaintiff*, v. SAMSUNG ELECTRONIC CO., LTD; SAMSUNG ELECTRONICS AMERICA, *Defendants*. | Case No. 2:23-CV-00285-JRG-RSP **JURY TRIAL DEMANDED** |

**ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR LEAVE
TO AMEND INVALIDITY CONTENTIONS**

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Unopposed Motion for Leave to Amend Invalidity Contentions. After considering same, the Court is of the opinion that the Motion should be GRANTED.