IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |
| SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Amend Invalidity Contentions filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 59.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Samsung has leave to amend their invalidity contentions to add the references described in the Motion.

**SIGNED this 13th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE