IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § |
| *Plaintiff*, | § § |
| v. | § § CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § |
| *Defendants*. | |

**ORDER**

Before the Court is the Unopposed Motion for Issuance of Letters of Request (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 56**. After consideration, the Court **GRANTS** Samsung's Motion.

Accordingly, the Court will execute the Request for Judicial Assistance attached as Exhibit A to Samsung's Motion. The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signature on the Request for Judicial Assistance and prepare two certified copies of the signed and sealed letter. Counsel for Samsung, or their agent, is hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Request for Judicial Assistance to the proper authority.

**SIGNED this 19th day of July, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE