IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br><br>*Defendants*. | Case No. 2:23-CV-00285-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., (collectively, "Defendants) file this unopposed motion to amend the docket control order and show the Court as follows:

Pursuant to the Court's Docket Control Order (Dkt. 30) the current deadline to Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) is July 31, 2024. The Defendants are seeking a one-week extension up to and through August 7, 2024 to comply with the foregoing deadlines. Counsel for Plaintiff is unopposed to this motion.

Accordingly, Defendants respectfully request that the Court amend its Docket Control Order to extend the deadline for the Parties to Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) up to and through August 7, 2024.

Dated: July 31, 2024            Respectfully submitted,

By:    */s/ Melissa R. Smith*
Sean Pak
California Bar No. 219032 (*pro hac vice*)
seanpak@quinnemanuel.com
Iman Lordgooei
California Bar No. 251320 (admitted in E.D. Tex.)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Victoria F. Maroulis
California Bar No. 202603 (admitted in E.D. Tex.)
victoriamaroulis@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel : 650-801-5000
Fax: 650-801-5100

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 31, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

*/s/ Melissa R. Smith*
Melissa R. Smith