# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | § |
| *Plaintiff*, | § § § |
| v. | § § CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |
| SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, | § § § § |
| *Defendants*. | |

## ORDER

Before the Court is the Unopposed Motion to Amend Docket Control Order filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 62**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the Parties' deadline to comply with P.R. 4-2 and exchange preliminary claim constructions is August 7, 2024.

**SIGNED this 1st day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE