**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONIC CO., LTD; <br> SAMSUNG ELECTRONICS AMERICA, <br><br> *Defendants*. | Case No. 2:23-CV-00285-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., (collectively, "Defendants) and Plaintiff, Cobblestone Wireless, LLC ("Plaintiff") jointly file this motion to amend the docket control order and show the Court as follows:

Pursuant to the Court's Docket Control Order (Dkt. 30), amended August 1, 2024 (Dkt. 63), the current deadline to Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) is August 7, 2024, and the current deadline to Comply with P.R. 4-3 (Joint Claim Construction Statement) is August 21, 2024.  The parties are seeking a three-week extension up to and through August 28, 2024 to comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) and a three-week extension up to and through September 11 to comply with P.R. 4-3 (Joint Claim Construction Statement).  An agreement in principle to settle the parties' disputes is imminent, but the parties require additional time before they can inform the Court that an agreement in principle has been achieved.

Accordingly, the Defendants and Plaintiff respectfully request that the Court amend its Docket Control Order to extend the deadline for the Parties to Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) up to and through August 28, 2024, and to extend the deadline

for the Parties to Comply with P.R. 4-3 (Joint Claim Construction Statement) up to and through

September 11, 2024.

Dated:  August 7, 2024                                 Respectfully submitted,

                                                      */s/ Amy E. Hayden*
                                                      Reza Mirzaie
                                                      CA State Bar No. 246953
                                                      Marc A. Fenster
                                                      CA State Bar No. 181067
                                                      Neil A. Rubin
                                                      CA State Bar No. 250761
                                                      Amy E. Hayden
                                                      CA State Bar No. 287026
                                                      Christian W. Conkle
                                                      CA State Bar No. 306374
                                                      Jonathan Ma
                                                      CA State Bar No. 312773
                                                      RUSS AUGUST & KABAT
                                                      12424 Wilshire Boulevard, 12th Floor
                                                      Los Angeles, CA  90025
                                                      Telephone: 310-826-7474
                                                      Email: rmirzaie@raklaw.com
                                                      Email: mfenster@raklaw.com
                                                      Email: nrubin@raklaw.com
                                                      Email: ahayden@raklaw.com
                                                      Email: cconkle@raklaw.com
                                                      Email: jma@raklaw.com

                                                      Qi (Peter) Tong
                                                      TX State Bar No. 24119042
                                                      **RUSS AUGUST & KABAT**
                                                      4925 Greenville Ave., Suite 200
                                                      Dallas, TX 75206
                                                      Email: ptong@raklaw.com

                                                      Andrea Fair
                                                      **Ward Smith & Hill, PLLC**
                                                      1507 Bill Owens Parkway
                                                      Longview, Texas 75604
                                                      (903) 757-6400
                                                      andrea@wsfirm.com

                                                      *Attorneys for Plaintiff,*
                                                      *Cobblestone Wireless, LLC*

*/s/ Melissa R. Smith*
Sean Pak
California Bar No. 219032 (*pro hac vice*)
seanpak@quinnemanuel.com
Iman Lordgooei
California Bar No. 251320 (admitted in E.D. Tex.)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Victoria F. Maroulis
California Bar No. 202603 (admitted in E.D. Tex.)
victoriamaroulis@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel : 650-801-5000
Fax: 650-801-5100

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certifies that a true and correct copy of the above and foregoing document has been sent to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 7, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff and certifies that the relief sought in this motion is jointly sought by all parties.

*/s/ Melissa R. Smith*
Melissa R. Smith