**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONIC CO., LTD and | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| | § | |
| *Defendants*. | | |

**ORDER**

Before the Court is the Joint Motion to Amend Docket Control Order filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and Plaintiff Cobblestone Wireless, LLC. **Dkt. No. 64**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the Parties' deadline to comply with P.R. 4-2 and exchange preliminary claim constructions is August 28, 2024. It is

**FURTHER ORDERED** that the Parties' deadline to comply with P.R. 4-3 and file a joint claim construction statement is September 11, 2024.

**SIGNED this 8th day of August, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE