# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br>    Defendants. | Case No. 2:23-cv-00285-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Resolution filed by Plaintiff Cobblestone Wireless, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. After considering the Motion and finding good cause existing for granting the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed for 30 days.

IT IS SO ORDERED.