IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>V.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.;<br><br>*Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

**JOINT MOTION TO EXTEND STAY**

Plaintiff Cobblestone Wireless, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Defendants") (collectively, the "Parties"), request extending this Court's stay of the remaining case deadlines until October 8, 2024. The parties report that there is a finalized agreement. Payment is expected to be completed by October 4, 2024, at which time, pursuant to the terms of the agreement, the parties can prepare and file dismissal materials. A stay of litigation until October 8, 2024 (two business days after payment is anticipated) will help ensure the parties have adequate time to do so.

Dated: September 9, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026

        Christian W. Conkle
        CA State Bar No. 306374
        Jonathan Ma
        CA State Bar No. 312773
        RUSS AUGUST & KABAT
        12424 Wilshire Boulevard, 12th Floor
        Los Angeles, CA  90025
        Telephone: 310-826-7474
        Email: rmirzaie@raklaw.com
        Email: mfenster@raklaw.com
        Email: nrubin@raklaw.com
        Email: ahayden@raklaw.com
        Email: cconkle@raklaw.com
        Email: jma@raklaw.com

        **ATTORNEYS FOR PLAINTIFF,**
        **COBBLESTONE WIRELESS, LLC**


        */s/ Iman Lordgooei*
        Iman Lordgooei
        Sean S. Park
        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        50 California Street, 22nd Floor
        San Francisco, California 94111
        Tel: (415) 875-6600
        Fax: (415) 875-6700
        Email: seanpak@quinnemanuel.com
        Email: imanlordgooei@quinnemanuel.com

        Melissa R. Smith
        State Bar No. 24001351
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        Email: melissa@gillamsmithlaw.com

        Victoria F. Maroulis
        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, CA 94065
        Tel: 650.801.5000

Fax: 650.801.5100
Email:  victoriamaroulis@quinnemanuel.com

Kevin Hardy
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100
Email: kevinhardy@quinnemanuel.com

Alex V. Chachkes
Nagendra Setty
**SETTY CHACHKES PLLC**
113 Cherry Street, Suite 54517 Seattle, WA 98104
Tel: 917.428.1358
Email: alex@sechalaw.com
Email: nick@sechalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served September 9, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*
Reza Mirzaie
