## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> V. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.; <br><br> *Defendants*. | Case No. 2:23-cv-00285-JRG-RSP |

### ORDER GRANTING JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

Plaintiff Cobblestone Wireless LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Defendants") (collectively, the "Parties"), request extending this Court's stay of the remaining case deadlines through October 8, 2024. The Court, having considered this request, is of the opinion that their request for extension should be granted.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed through October 8, 2024.