IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONIC CO., LTD and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Extend the Stay of all Deadlines pending a settlement agreement between the parties by Plaintiff Cobblestone Wireless, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (Dkt. No. 68.) After consideration, the Court GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that all unreached deadlines in this matter are hereby stayed until October 8, 2024 to allow the Parties to submit dismissal papers.

**SIGNED this 10th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE