IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONIC CO., LTD and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00285-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Cobblestone Wireless, LLC ("Plaintiff") and Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Defendants"). (Dkt. No. 70.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of Plaintiff's claims for relief against Defendants in the above-captioned action WITH prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiff WITHOUT prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. All claims, defenses or counterclaims asserted by Defendants against Plaintiff are **DISMISSED WITHOUT PREJUDICE.**

Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 10th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE